E-FILED 8/29/14

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENESHA MIXSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HEALTHCARE SERVICES GROUP, INC.; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendant. | Case No. **CV 14-01627 PSG (MANx)**<br><br>Assigned to Hon. Phillip S. Gutierrez<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P 41(a)(1)(A)(ii)] |

[PROPOSED] ORDER
DWT 24671908v1 0092887-000015

## **ORDER**

In consideration of the Joint Stipulation for Dismissal of Action with Prejudice, signed by plaintiff Tenesha Mixson and defendant Healthcare Services Group, Inc. through their counsel of record, IT IS HEREBY ORDERED that the entire action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August __29__, 2014

PHILIP S. GUTIERREZ
_____
HONORABLE PHILLIP S. GUTIERREZ